**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Case No: 1:25-cr-00339-1 |
| | ) | |
| v. | ) | |
| | ) | Judge Elaine E. Bucklo |
| Brian Cheung | ) | |
| Defendant | ) | |
| | ) | |

**ORDER**

Initial appearance, Arraignment, Detention and Change of Plea hearing held on 7/2/2025. Defendant is informed of his rights and knowingly waives them. Defendant Brian Cheung enters plea of guilty to the Information. Defendant waives indictment. The Court accepts the plea agreement and enters judgment of guilty as the Information. Government and defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing. Defendant is released on bond. Order setting conditions of release to follow. Order cause referred to the Probation Office for a presentence investigation report. The Court directs the Probation Office to disclose the sentencing recommendation to both the Government and defense counsel. Sentencing memorandum and objections to PSR to be filed by 10/3/2025. Responses to be filed by 10/10/2025. Sentencing hearing set for 10/17/2025 at 10:30 a.m. Defendant shall remain released pending sentencing subject to the previously ordered conditions of release. Enter Plea Agreement.

Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5).

(0:20)

Date: July 2, 2025

Hon. Elaine E. Bucklo
United States District Judge